713 F.2d 1446
 114 L.R.R.M. (BNA) 2347
 BILL JOHNSON'S RESTAURANTS, INC., Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent.
 No. CA 80-7266.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 25, 1983.
 
 Lawrence Allen Katz, Streich, Lang, Weeks & Cardon, Phoenix, Ariz., for petitioner.
 
 
 1
 Candace Carroll, Atty., NLRB, Washington, D.C., argued, for respondent; W. Christian Schumann, Atty., Washington, D.C., on briefs.
 
 
 2
 Before GOODWIN and CANBY, Circuit Judges and BYRNE,* District Judge.
 
 ORDER
 
 3
 In accordance with the decision of the Supreme Court of the United States in this case, --- U.S. ----, 103 S.Ct. 2161, 76 L.Ed.2d 277 (1983), this matter is remanded to the National Labor Relations Board for further proceedings in conformity with the opinion of the Supreme Court.
 
 
 
 *
 The Honorable Wm. Matthew Byrne, United States District Judge for the Central District of California, sitting by designation